AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ETHAN NORDEAN
also known as "Rufio Panman"

Defendant(s)

Case: 1:21-mj-00195
Assigned to: Judge Faruqui, Zia M
Assign Date: 2/2/2021
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 6, 2021 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 and 2 | Aid and Abet Injury or Depredation Against Government Property |
| 18 U.S.C. § 1512(c)(2) | Obstruct or Impede an Official Proceeding. |
| 18 U.S.C. Section 1752(a) | Knowingly Entering or Remaining in Restricted Building or Grounds. |
| 40 U.S.C. §§ 5104(e)(2)(D) and (G) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:
See the attached affidavit, which is incorporated herin by reference.

☐ Continued on the attached sheet.

_Complainant's signature_

Nicholas Napoli, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 02/02/2021

2021.02.02 22:10:28 -05'00'
_Judge's signature_

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_Printed name and title_