**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No: 21-MJ-195 (ZMF) |
| : | |
| **ETHAN NORDEAN,** : | |
| also known as "Rufio Panman," : | |
| : | |
| **Defendant.** : | |

**MOTION TO UNSEAL CASE**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves for an order to unseal this case. In support thereof, the government states as follows:

1. On February 2, 2021, Defendant was charged via criminal complaint with Aiding and Abetting an Injury or Depredation Against Government Property, in violation of 18 U.S.C. §§ 1361 and 2; Obstructing or Impeding an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(2); Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, in violation of 18 U.S.C. §§ 1752(a)(1), (a)(2); and Violent Entry and Disorderly Conduct on Capitol Grounds, in violation of 18 U.S.C. §§ 5104(e)(2)(D), and (e)(2)(G).

2. On February 3, 2021, Defendant was arrested at his home in the Western District of Washington, during the execution of a federal search warrant issued by the United States District Court for the Western District of Washington.

3. On February 8, 2021, Defendant appeared for a detention hearing in the Western District of Washington and, after hearing a proffer evidence and arguments from the parties, the presiding United States Magistrate set conditions for Defendant's release. That same day, the United States filed a motion with Chief Judge Howell seeking an order staying the release order, and a separate order transferring Defendant to the District of Columbia for a review of the release order. Chief Judge Howell granted the United States' motion and issued both orders.

4. Undersigned counsel is aware that the Federal Public Defender's Office for the District of Columbia has secured appointed counsel to represent Defendant in this case. Appointed counsel for Defendant contacted undersigned counsel and requested that this case be unsealed so that counsel can enter an appearance on Defendant's behalf in advance of Defendant's arrival in the District.

WHEREFORE, the United States respectfully requests that the Court issue an order unsealing this case.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
New York Bar No. 4444188

By:  */s/   James B. Nelson*
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-6986
james.nelson@usdoj.gov